# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAI SEGOVIA,<br>　　　　Petitioner,<br>　　v.<br>KELLY SANTORO, Warden,<br>　　　　Respondent. | CASE NO. 2:15-CV-08476-AB (SK)<br>**JUDGMENT** |

Pursuant to the Order Accepting the Final Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: December 12, 2017

HON. ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE